IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMER LEAR**, et al., | : | **CIVIL ACTION NO. 1:05-CV-1125** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **COSTCO WHOLESALE CORP.**, | : | |
| Defendant | : | |

### ORDER

AND NOW, this 20th day of April, 2006, upon consideration of plaintiffs' motion to join defendants (Doc. 17), see FED. R. CIV. P. 20(a), in which plaintiffs request leave to file a second amended complaint, and it appearing that defendant Costco Wholesale Corp. ("Costco") does not oppose the motion (see Doc. 20),[1] and that the claims against the additional defendants involve the same events as the current claims against Costco and that common questions of law or fact will exist as to all defendants, see id. ("All persons . . . may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action."); see also 7 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1652 (3d ed. 2001) ("The purpose of [Rule

---

[1] Although Costco indicates that it does not concur in the motion, Costco "believes that the facts and legal arguments set forth by Plaintiffs . . . appear to be correctly stated." (Doc. 20 at 1.) Costco offers no facts or legal arguments opposing the instant motion.

20(a)] is to promote trial convenience and expedite the final determination of disputes, thereby preventing multiple lawsuits."), it is hereby ORDERED that:

1. The motion to join defendants (Doc. 17) is GRANTED. See FED. R. CIV. P. 20.

2. Plaintiffs shall be permitted to file, on or before May 5, 2006, a second amended complaint in accordance with the local and federal rules of civil procedure.

      /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge